

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MICHAEL K. GERTZER**<br>Assistant Corporation Counsel<br>E-mail: mgertzer@law.nyc.gov<br>Phone: (212) 788-0786<br>Fax: (212) 788-9776 |

December 26, 2012

**BY HAND DELIVERY and ECF**
The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>Denise Carolina v. City of New York, et al.</u>,
       12 Civ. 2695 (JBW)(JMA)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter. Enclosed please find the original Stipulation and Order of Dismissal in the above-referenced matter for the Court's endorsement and filing.

    Thank you for your consideration herein.

                    Respectfully submitted,

                    Michael K. Gertzer
                    Assistant Corporation Counsel

encl.

cc:  Leo Glickman, Esq. (via ecf)