

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 04 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

Denise Carolina,

                                    Plaintiff,

-against-

The City of New York, Sergeant Robert Maloney,
Police Officer Dany Fana and Police Officer Stephen
Minucci,

                                    Defendants.

--------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-2695 (JBW) (JMA)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Stoll, Glickman & Bellina LLP
*Attorneys for Plaintiff*
475 Atlantic Avenue
Brooklyn, NY 11217
(718) 852-3710

By: _____
Leo Glickman
*Attorney for Plaintiff*

Dated: New York, New York
_____, 2012
1/2/13

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
Maloney, Fana and Minucci*
100 Church Street, Rm. 3-131
New York, New York 10007

By: _____
Michael K. Gertzer
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE